```
              IN THE UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF ARKANSAS
                      TEXARKANA DIVISION


INDUSTRIAL TECHNOLOGY RESEARCH
INSTITUTE                                      PLAINTIFF(S)


vs.                         Civil No.  09-4064


SAMSUNG ELECTRONICS AMERICA, INC.,
et al                                          DEFENDANT(S)
```

CLERK'S ORDER OF DISMISSAL

On this 19th day of January, 2010, the parties hereto having filed a stipulation for dismissal pursuant to Rule 41(a), Federal Rules of Civil Procedure,

IT IS ORDERED that plaintiff's complaint be, and hereby is dismissed without prejudice, with each party to bear its own costs.

AT THE DIRECTION OF THE COURT

CHRISTOPHER R. JOHNSON, CLERK


by: /s/ Charlotte Powell
        Deputy Clerk